UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-115 |
| ) | (Phillips/Guyton) |
| DEANNA G. FRANKLIN, ) | |
| a.k.a. DEANNA G. CALLAHAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO DISMISS AS TO REAL PROPERTY

Upon the government's Motion to Dismiss real property from the Forfeiture Allegations contained in the Indictment in this case, it is hereby

ORDERED that the following property be dismissed from the Indictment:

> Real Property located at 2310 Scenic Loop Road, Pigeon Forge, Tennessee 37863, titled in the name of Deanna G. Callahan and more described below:
>
> SITUATED in the Fifth (5th) Civil District of Sevier County, Tennessee, and being Lot No. 7 of THURMAN HEIGHTS ESTATES NO. TWO, as the same appears on a plat of record in Map Book 7, Page 54, in the Register's Office for Sevier County, Tennessee, to which reference is here made for further description.
>
> THIS CONVEYANCE IS MADE subject to restrictions of record in Warranty Deed Book 144, Page 385, in the Register's Office for Sevier County, Tennessee.
>
> FOR REFERENCE TO TITLE see Warranty Deed Book 344, Page 298, in the Register's Office for Sevier County, Tennessee.

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE